RECEIVED
IN LAKE CHARLES, LA

FEB 14 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 05 CR 20208-002 |
| VS. | : | JUDGE MINALDI |
| JOEL EVANS | : | MAGISTRATE JUDGE WILSON |

### AMENDED ORDER

IT IS ORDERED that the Order [doc. 61] fixing the trial date of the above-captioned matter is herein amended to UPSET the April 30, 2007, trial date and to RESET the trial date for May 7, 2007, at 10:00 a.m.

This court finds that an applicable exception under Section 3161(h)(8)(B)(iv) exists and it is the finding of this Court that after an "ends of justice" analysis, that the ends of justice served by this continuance outweigh the best interest of the public and the defendant in a speedy trial.

Lake Charles, Louisiana, this ___14___ day of February, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE